**DISMISS and Opinion Filed March 29, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00464-CV

**METROCARE SERVICES, Appellant**
**V.**
**CANDACE LOVE, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17677**

## MEMORANDUM OPINION

Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Bridges

Appellant has filed an unopposed motion to dismiss this appeal stating the parties have resolved "the matters upon which this appeal is based" and no longer wish to pursue, prosecute, or continue its appeal. We grant appellant's motion and dismiss this appeal. TEX. R. APP. P. 42.1(a).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

180464F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

METROCARE SERVICES, Appellant

No. 05-18-00464-CV     V.

CANDACE LOVE, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-17-17677.
Opinion delivered by Justice Bridges.
Justices Partida-Kipness and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear their own costs of this appeal.

Judgment entered March 29, 2019.